THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 LeQuint
 Johnson, Appellant.
 
 
 
 
 

Appeal From Sumter County
D. Garrison Hill, Circuit Court Judge

Unpublished Opinion No.  2011-UP-036  
 Submitted January 1, 2011  Filed February
1, 2011

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for
 Respondent.
 
 
 

PER CURIAM:  LeQuint
 Johnson appeals his convictions for two counts of assaulting a correctional
 officer and corresponding sentences, arguing the trial court erred in admitting
 photographs of the victims' injuries.  After
 a thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
HUFF and
 LOCKEMY, JJ., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.